IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00290-CR

 

Ex parte
Jose Alexander Arevalo

 

 

 



From the County Court

Freestone County, Texas

Trial Court No. 17695

 



MEMORANDUM  Opinion










 

            Jose Alexander Arevalo was convicted
in 1997 of Driving While Intoxicated and sentenced to 180 days in jail which
was probated for 18 months.  See Tex.
Penal Code Ann. § 49.04 (Vernon 2003).  In 2009, Arevalo filed a writ of
habeas corpus which was denied by the trial court.  Arevalo appealed that
denial but has now filed a motion requesting this Court to dismiss the appeal. 
Arevalo personally signed the motion to dismiss.

            Accordingly, the appeal is dismissed. 
Tex. R. App. P. 42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed February 3, 2010

Do
not publish

[CR25]